EXHIBIT A

| Employee | Location | Job Title | Back Wage Amount |
|---|---|---|---|
| Agustin, Ramon | Middletown | Dishwasher | $5,261.76 |
| Cisneros, Alejandro | Middletown | Busboy | $3,240.00 |
| Cisneros, Edgar | Middletown | Dishwasher | $2,320.00 |
| Espinoza Hernandez, Javier | Middletown | Dishwasher | $6,585.55 |
| Espinoza, Arturo | Middletown | Busboy | $6,240.00 |
| Espinoza, Juan | Middletown | Busboy | $6,160.00 |
| Felix, Agustin | Middletown | Cook | $9,222.50 |
| Flores, Angel | Middletown | Cook | $15,077.48 |
| Garral Luna, Carmelo | Middletown | Dishwasher | $5,800.00 |
| Gonzales Velasco, Limberg | Middletown | Dishwasher | $2,088.00 |
| Hernandez, Bartolo | Middletown | Dishwasher | $11,217.65 |
| Hernandez, Carlos | Middletown | Dishwasher | $10,985.65 |
| Hernandez, Efrain | Middletown | Dishwasher | $4,640.00 |
| Hernandez, Santos | Middletown | Dishwasher | $21,541.00 |
| Lopez, Jorge | Middletown | Cook | $10,026.85 |
| Nieves, Cesar | Middletown | Dishwasher | $666.67 |
| Ortak, Mehmet Ali | Middletown | Cook | $7,869.20 |
| Pachaco, Fabian | Middletown | Busboy | $32.40 |
| Panopoulos, Chris | Middletown | Baker | $2,915.71 |
| Santor, Armando | Middletown | Dishwasher | $13,118.15 |
| Vargas, Jesus | Middletown | Cook | $15,772.69 |
| Velazco, Hugo | Middletown | Busboy | $32.40 |
| Villarreal, Manuel | Middletown | Busboy | $1,000.00 |
| Zamora, Noe | Middletown | Busboy | $32.40 |
| Zayas, Leonardo | Middletown | Prep Cook | $33,299.55 |
| Zayas, Pablo | Middletown | Busboy | $3,120.00 |
| Alonso, Hermesio | Milford | Busboy | $64.80 |
| Ascencio, Agustin | Milford | Busboy | $486.00 |
| Cervantes, Martin | Milford | Busboy | $2,818.80 |
| De la Cruz, Juan | Milford | Busboy | $486.00 |
| Francisco, Jorge | Milford | Busboy | $486.00 |
| Francisco, Silvio | Milford | Dishwasher | $3,758.40 |
| Lorenzo, Antonio | Milford | Dishwasher | $13,342.32 |
| Mauricio, Anastacio | Milford | Busboy | $129.60 |
| Ortiz, Mario | Milford | Busboy | $324.00 |
| Ruiz Ramo, Eduardo | Milford | Busboy | $64.80 |
| Tlapaneco (Lapaneco), Sirilo | Milford | Dishwasher | $26,905.45 |
| Valenal, Plasido | Milford | Busboy | $64.80 |
| Valiente, Gabriel | Milford | Prep Cook | $12,211.11 |
| Fernandez, Gerardo | New Haven | Dishwasher | $8,952.97 |
| Herrera, Jorge | New Haven | Busboy | $1,920.00 |
| Lopez, Roman | New Haven | Dishwasher | $8,952.97 |
| Machucho, Cesar | New Haven | Busboy | $3,200.00 |
| Marin Sanchez, Alfredo | New Haven | Cook | $466.67 |
| Meza, Abel | New Haven | Dishwasher | $2,114.75 |
| Ramirez, Manuel | New Haven | Dishwasher | $1,920.00 |
| Bustillo, Armando | Waterbury | Busboy | $3,377.78 |
| Lopez, Eleuterio | Waterbury | Cook | $2,430.56 |
| Lopez, Jose | Waterbury | Dishwasher | $375.84 |

| Name | Location | Role | Amount |
|---|---|---|---|
| Madrid, Carlos | Waterbury | Chef | $3,044.64 |
| Martinez, Eduardo | Waterbury | Dishwasher | $3,120.00 |
| Miranda, Alejandrino | Waterbury | Busboy | $6,520.00 |
| Palacios, Carlos | Waterbury | Dishwasher | $10,268.41 |
| Palma, Marlon | Waterbury | Dishwasher | $2,488.89 |

**Total:** **$318,561.17**
*53 employees*