## EXHIBIT B

1.      As detailed in the Consent Judgment, Defendants collectively owe their employees $318,561.17 in back wages and civil money penalties totaling $53,680.00.

2.      No later than 30 days after execution of the Consent Judgment, Defendants Athenian Diner of Milford, Inc. d/b/a Athenian Diner III ("Milford"), Evidoxia Daoutis and Vasilios Psarofagis shall pay (i) the Milford employees listed on Exhibit A to the Consent Judgment $61,142.08 in the manner detailed in the Consent Judgment; and (ii) civil money penalties totaling $14,300.00 to the "**Wage & Hour Division – Labor**" via a certified check or money order hand delivered or mailed to the Wage and Hour Division, U.S. Department of Labor, Northeast Regional Office, The Curtis Center, Suite 850 West, 170 S. Independence Mall West, #850 West, Philadelphia, PA 19106-3317.

3.      In reliance on the representations made by Defendants G.D. Diner of New Haven, Inc. d/b/a Athenian Diner I ("Athenian Diner I"), Athenian Diner of Middletown, Inc. d/b/a Athenian Diner II ("Athenian Diner II"), Athenian Diner of Waterbury, LLC d/b/a Athenian Diner IV ("Athenian Diner IV"), George Daoutis, Evidoxia Daoutis, John Daoutis and Vasilios Papagiorgiou, and in reliance on the documents provided by Defendants to the Plaintiff (including loan applications and tax returns ), which show that Defendants are currently unable to immediately pay the employees of Athenian Diner I, Athenian Diner II and Athenian Diner IV the total amount of back wages owed, and are also unable to immediately pay civil money penalties ("CMPs") due, the Plaintiff agrees to forbear immediate collection of the back wages and CMPs due, in exchange for the Defendants' compliance with the payment schedule set forth below:

a. Defendants owe back wages totaling $27,527.36 and CMPs totaling $9,350.00 plus interest at an annual rate of 1% ("the "Interest") as a result of violations of the provisions of the Fair Labor Standards Act, as amended (29 U.S.C. § 201 et seq.), hereinafter referred to as the Act, occurring at Athenian Diner I.

b. Defendants owe back wages totaling $198,265.61 and CMPs totaling $16,500.00 plus interest at an annual rate of 1% ("the "Interest") as a result of violations of the provisions of the Fair Labor Standards Act, as amended (29 U.S.C. § 201 et seq.), hereinafter referred to as the Act, occurring at Athenian Diner II.

c. Defendants owe back wages totaling $31,626.12 and CMPs totaling $13,530 plus interest at an annual rate of 1% ("the "Interest") as a result of violations of the provisions of the Fair Labor Standards Act, as amended (29 U.S.C. § 201 et seq.), hereinafter referred to as the Act, occurring at Athenian Diner IV.

d. Defendants shall make monthly payments of $3,500.00 on account of back wages and Interest owed on the first business day of every month, commencing on March 1, 2012, and continuing until all back wages and the related Interest for Athenian Diners I, II, and IV are paid in full. Defendants shall deliver to the Plaintiff on the first business day on or immediately after the dates listed in Exhibit C a check made payable to **"Wage & Hour Division – Labor"** at:  U.S. Department of Labor, Wage & Hour Division, Northeast Regional Office, Curtis Center, Suite 850 West, 170 South Independence Mall West, Philadelphia, PA 10106-3317. The Wage & Hour Division shall deliver net checks to the employees listed on Exhibit A to the Consent Judgment in accordance with the schedule and amounts listed in Exhibit C to the Consent Judgment.

e. After the back wages and related Interest for Athenian Diners I, II, and IV have been paid in full, Defendants shall make monthly payments of $3,500.00 on account of the CMPs as well as related Interest owed on the first business day of every month.  The CMPs and related Interest shall be paid to the **"Wage & Hour Division – Labor"** via a certified check or money order hand delivered or mailed to the Wage and Hour Division, U.S. Department of Labor, Northeast Regional Office, The Curtis Center, Suite 850 West, 170 South Independence Mall West, Philadelphia, PA 19106-3317. Defendants shall continue making the $3,500.00 monthly payments until all CMPs and related Interest are paid in full.

4.    Defendants shall have the right to make greater payments toward the balance of the back wages, CMPs and Interest due without penalty.

5.      Defendants Athenian Diner I, Athenian Diner II, Athenian Diner IV (to the extent it files tax returns), George Daoutis, Evidoxia Daoutis, John Daoutis and Vasilios Papagiorgiou shall submit to Plaintiff at:  U.S. Department of Labor, Wage & Hour Division, 135 High Street, Room 210, Hartford, CT 06103, annual income tax returns no later than May 15 every year until all back wages and CMPs are paid in full. If George Daoutis, Evidoxia Daoutis, John Daoutis and/or Vasilios Papagiorgiou files a joint return with a spouse, WH shall accept copies of joint returns.  Defendants and their agents, including their accountant, shall also cooperate in answering any questions regarding the financial information that they submit to the Department of Labor.

6.      If it is found that the documents Defendants provided regarding the financial status of Athenian Diner I, Athenian Diner II, Athenian Diner IV, George Daoutis, Evidoxia Daoutis, John Daoutis and Vasilios Papagiorgiou are untrue, back wages owed to employees of Athenian Diner I, Athenian Diner II, and Athenian Diner IV, totaling $291,519.09, as well as CMPs totaling $39,380.00, plus Interest (minus payments made pursuant to this Consent Order and Judgment) shall immediately become due and payable by Defendants Athenian Diner I, Athenian Diner II, Athenian Diner IV, George Daoutis, Evidoxia Daoutis, John Daoutis and Vasilios Papagiorgiou, together with post-judgment interest pursuant to 28 U.S.C. § 1961.

7.      Should Defendants fail to pay any of the installment payments described in Paragraph 3 above on or before the dates set forth therein, the entire amount of the balance remaining shall become due and payable immediately with no further notice or demand required by Plaintiff to Defendants.

8.      Defendants agree that he/she will notify the Wage and Hour District Director at U.S. Department of Labor, Wage & Hour Division, 135 High Street, Room 210, Hartford, CT 06103, within seven (7) days of any change of his/her name, residence, telephone number, mailing address or employment until the amounts recited in the Consent Judgment are paid in full.

|  |  | Due Date |  | BW Amount |  | Interest |  |  |
|---|---|---|---|---|---|---|---|---|
| Athenian Diner III |  | 3/1/2012 | $ | 61,142.08 | $ | - | $ | 61,142.08 |
|  | CMP | 3/1/2012 | $ | 14,300.00 |  |  | $ | 14,300.00 |
|  |  |  |  |  |  |  |  |  |
| Athenian Diner IV |  | 4/1/2012 | $ | 1,964.30 | $ | 26.36 | $ | 1,990.66 |
| Athenian Diner IV |  | 5/1/2012 | $ | 1,965.94 | $ | 24.72 | $ | 1,990.66 |
| Athenian Diner IV |  | 6/1/2012 | $ | 1,967.58 | $ | 23.08 | $ | 1,990.66 |
| Athenian Diner IV |  | 7/1/2012 | $ | 1,969.22 | $ | 21.44 | $ | 1,990.66 |
| Athenian Diner IV |  | 8/1/2012 | $ | 1,970.86 | $ | 19.80 | $ | 1,990.66 |
| Athenian Diner IV |  | 9/1/2012 | $ | 1,972.50 | $ | 18.16 | $ | 1,990.66 |
| Athenian Diner IV |  | 10/1/2012 | $ | 1,974.15 | $ | 16.51 | $ | 1,990.66 |
| Athenian Diner IV |  | 11/1/2012 | $ | 1,975.79 | $ | 14.87 | $ | 1,990.66 |
| Athenian Diner IV |  | 12/1/2012 | $ | 1,977.44 | $ | 13.22 | $ | 1,990.66 |
| Athenian Diner IV |  | 1/1/2013 | $ | 1,979.09 | $ | 11.57 | $ | 1,990.66 |
| Athenian Diner IV |  | 2/1/2013 | $ | 1,980.74 | $ | 9.92 | $ | 1,990.66 |
| Athenian Diner IV |  | 3/1/2013 | $ | 1,982.39 | $ | 8.27 | $ | 1,990.66 |
| Athenian Diner IV |  | 4/1/2013 | $ | 1,984.04 | $ | 6.62 | $ | 1,990.66 |
| Athenian Diner IV |  | 5/1/2013 | $ | 1,985.69 | $ | 4.97 | $ | 1,990.66 |
| Athenian Diner IV |  | 6/1/2013 | $ | 1,987.36 | $ | 3.31 | $ | 1,990.67 |
| Athenian Diner IV |  | 7/1/2013 | $ | 1,989.04 | $ | 1.66 | $ | 1,990.70 |
|  |  |  |  |  |  |  |  |  |
|  | TOTAL |  | $ | 31,626.13 | $ | 224.48 |  |  |
|  |  |  |  |  |  |  |  |  |
| Athenian Diner I |  | 3/1/2012 | $ | 500.00 | $ | 0.88 | $ | 500.88 |
| Athenian Diner I |  | 4/1/2012 | $ | 500.00 | $ | 1.26 | $ | 501.26 |
| Athenian Diner I |  | 5/1/2012 | $ | 500.00 | $ | 1.70 | $ | 501.70 |
| Athenian Diner I |  | 6/1/2012 | $ | 500.00 | $ | 2.11 | $ | 502.11 |
| Athenian Diner I |  | 7/1/2012 | $ | 500.00 | $ | 2.53 | $ | 502.53 |
| Athenian Diner I |  | 8/1/2012 | $ | 500.00 | $ | 2.95 | $ | 502.95 |
| Athenian Diner I |  | 9/1/2012 | $ | 500.00 | $ | 3.37 | $ | 503.37 |
| Athenian Diner I |  | 10/1/2012 | $ | 500.00 | $ | 3.79 | $ | 503.79 |
| Athenian Diner I |  | 11/1/2012 | $ | 500.00 | $ | 4.21 | $ | 504.21 |
| Athenian Diner I |  | 12/1/2012 | $ | 500.00 | $ | 4.63 | $ | 504.63 |
| Athenian Diner I |  | 1/1/2013 | $ | 500.00 | $ | 5.04 | $ | 505.04 |
| Athenian Diner I |  | 2/1/2013 | $ | 500.00 | $ | 5.47 | $ | 505.47 |
| Athenian Diner I |  | 3/1/2013 | $ | 500.00 | $ | 5.89 | $ | 505.89 |
| Athenian Diner I |  | 4/1/2013 | $ | 500.00 | $ | 6.27 | $ | 506.27 |
| Athenian Diner I |  | 5/1/2013 | $ | 500.00 | $ | 6.70 | $ | 506.70 |
| Athenian Diner I |  | 6/1/2013 | $ | 500.00 | $ | 7.11 | $ | 507.11 |
| Athenian Diner I |  | 7/1/2013 | $ | 1,750.00 | $ | 26.37 | $ | 1,776.37 |
| Athenian Diner I |  | 8/1/2013 | $ | 1,750.00 | $ | 27.81 | $ | 1,777.81 |
| Athenian Diner I |  | 9/1/2013 | $ | 1,750.00 | $ | 29.29 | $ | 1,779.29 |
| Athenian Diner I |  | 10/1/2013 | $ | 1,750.00 | $ | 30.78 | $ | 1,780.78 |
| Athenian Diner I |  | 11/1/2013 | $ | 1,750.00 | $ | 32.22 | $ | 1,782.22 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Athenian Diner I | 12/1/2013 | $ | 1,750.00 | $ | 33.71 | $ | 1,783.71 |
| Athenian Diner I | 1/1/2014 | $ | 1,750.00 | $ | 35.14 | $ | 1,785.14 |
| Athenian Diner I | 2/1/2014 | $ | 1,750.00 | $ | 36.63 | $ | 1,786.63 |
| Athenian Diner I | 3/1/2014 | $ | 1,750.00 | $ | 38.12 | $ | 1,788.12 |
| Athenian Diner I | 4/1/2014 | $ | 1,750.00 | $ | 39.46 | $ | 1,789.46 |
| Athenian Diner I | 5/1/2014 | $ | 1,750.00 | $ | 40.95 | $ | 1,790.95 |
| Athenian Diner I | 6/1/2014 | $ | 277.36 | $ | 6.72 | $ | 284.08 |
| | | | | | | | |
| | TOTAL | $ | 27,527.36 | $ | 441.11 | | |
| | | | | | | | |
| | | | | | | | |
| Athenian Diner II | 3/1/2012 | $ | 1,000.00 | $ | 1.75 | $ | 1,001.75 |
| Athenian Diner II | 4/1/2012 | $ | 1,000.00 | $ | 2.52 | $ | 1,002.52 |
| Athenian Diner II | 5/1/2012 | $ | 1,000.00 | $ | 3.40 | $ | 1,003.40 |
| Athenian Diner II | 6/1/2012 | $ | 1,000.00 | $ | 4.22 | $ | 1,004.22 |
| Athenian Diner II | 7/1/2012 | $ | 1,000.00 | $ | 5.07 | $ | 1,005.07 |
| Athenian Diner II | 8/1/2012 | $ | 1,000.00 | $ | 5.89 | $ | 1,005.89 |
| Athenian Diner II | 9/1/2012 | $ | 1,000.00 | $ | 6.74 | $ | 1,006.74 |
| Athenian Diner II | 10/1/2012 | $ | 1,000.00 | $ | 7.59 | $ | 1,007.59 |
| Athenian Diner II | 11/1/2012 | $ | 1,000.00 | $ | 8.41 | $ | 1,008.41 |
| Athenian Diner II | 12/1/2012 | $ | 1,000.00 | $ | 9.26 | $ | 1,009.26 |
| Athenian Diner II | 1/1/2013 | $ | 1,000.00 | $ | 10.08 | $ | 1,010.08 |
| Athenian Diner II | 2/1/2013 | $ | 1,000.00 | $ | 10.93 | $ | 1,010.93 |
| Athenian Diner II | 3/1/2013 | $ | 1,000.00 | $ | 11.78 | $ | 1,011.78 |
| Athenian Diner II | 4/1/2013 | $ | 1,000.00 | $ | 12.55 | $ | 1,012.55 |
| Athenian Diner II | 5/1/2013 | $ | 1,000.00 | $ | 13.40 | $ | 1,013.40 |
| Athenian Diner II | 6/1/2013 | $ | 1,000.00 | $ | 14.22 | $ | 1,014.22 |
| Athenian Diner II | 7/1/2013 | $ | 1,750.00 | $ | 26.37 | $ | 1,776.37 |
| Athenian Diner II | 8/1/2013 | $ | 1,750.00 | $ | 27.81 | $ | 1,777.81 |
| Athenian Diner II | 9/1/2013 | $ | 1,750.00 | $ | 29.29 | $ | 1,779.29 |
| Athenian Diner II | 10/1/2013 | $ | 1,750.00 | $ | 30.78 | $ | 1,780.78 |
| Athenian Diner II | 11/1/2013 | $ | 1,750.00 | $ | 32.22 | $ | 1,782.22 |
| Athenian Diner II | 12/1/2013 | $ | 1,750.00 | $ | 33.71 | $ | 1,783.71 |
| Athenian Diner II | 1/1/2014 | $ | 1,750.00 | $ | 35.14 | $ | 1,785.14 |
| Athenian Diner II | 2/1/2014 | $ | 1,750.00 | $ | 36.63 | $ | 1,786.63 |
| Athenian Diner II | 3/1/2014 | $ | 1,750.00 | $ | 38.12 | $ | 1,788.12 |
| Athenian Diner II | 4/1/2014 | $ | 1,750.00 | $ | 39.46 | $ | 1,789.46 |
| Athenian Diner II | 5/1/2014 | $ | 1,750.00 | $ | 40.95 | $ | 1,790.95 |
| Athenian Diner II | 6/1/2014 | $ | 1,750.00 | $ | 42.38 | $ | 1,792.38 |
| Athenian Diner II | 7/1/2014 | $ | 3,500.00 | $ | 87.74 | $ | 3,587.74 |
| Athenian Diner II | 8/1/2014 | $ | 3,500.00 | $ | 90.62 | $ | 3,590.62 |
| Athenian Diner II | 9/1/2014 | $ | 3,500.00 | $ | 93.59 | $ | 3,593.59 |
| Athenian Diner II | 10/1/2014 | $ | 3,500.00 | $ | 96.56 | $ | 3,596.56 |
| Athenian Diner II | 11/1/2014 | $ | 3,500.00 | $ | 99.44 | $ | 3,599.44 |
| Athenian Diner II | 12/1/2014 | $ | 3,500.00 | $ | 102.41 | $ | 3,602.41 |
| Athenian Diner II | 1/1/2015 | $ | 3,500.00 | $ | 105.29 | $ | 3,605.29 |
| Athenian Diner II | 2/1/2015 | $ | 3,500.00 | $ | 105.29 | $ | 3,605.29 |

| | | | | | |
|---|---|---|---|---|---|
| Athenian Diner II | 3/1/2015 | $ 3,500.00 | $ 105.29 | $ 3,605.29 |
| Athenian Diner II | 4/1/2015 | $ 3,500.00 | $ 105.29 | $ 3,605.29 |
| Athenian Diner II | 5/1/2015 | $ 3,500.00 | $ 105.29 | $ 3,605.29 |
| Athenian Diner II | 6/1/2015 | $ 3,500.00 | $ 105.29 | $ 3,605.29 |
| Athenian Diner II | 7/1/2015 | $ 3,500.00 | $ 105.29 | $ 3,605.29 |
| Athenian Diner II | 8/1/2015 | $ 3,500.00 | $ 105.29 | $ 3,605.29 |
| Athenian Diner II | 9/1/2015 | $ 3,500.00 | $ 105.29 | $ 3,605.29 |
| Athenian Diner II | 10/1/2015 | $ 3,500.00 | $ 105.29 | $ 3,605.29 |
| Athenian Diner II | 11/1/2015 | $ 3,500.00 | $ 105.29 | $ 3,605.29 |
| Athenian Diner II | 12/1/2015 | $ 3,500.00 | $ 105.29 | $ 3,605.29 |
| Athenian Diner II | 1/1/2016 | $ 3,500.00 | $ 105.29 | $ 3,605.29 |
| Athenian Diner II | 2/1/2016 | $ 3,500.00 | $ 105.29 | $ 3,605.29 |
| Athenian Diner II | 3/1/2016 | $ 3,500.00 | $ 105.29 | $ 3,605.29 |
| Athenian Diner II | 4/1/2016 | $ 3,500.00 | $ 105.29 | $ 3,605.29 |
| Athenian Diner II | 5/1/2016 | $ 3,500.00 | $ 105.29 | $ 3,605.29 |
| Athenian Diner II | 6/1/2016 | $ 3,500.00 | $ 105.29 | $ 3,605.29 |
| Athenian Diner II | 7/1/2016 | $ 3,500.00 | $ 105.29 | $ 3,605.29 |
| Athenian Diner II | 8/1/2016 | $ 3,500.00 | $ 105.29 | $ 3,605.29 |
| Athenian Diner II | 9/1/2016 | $ 3,500.00 | $ 105.29 | $ 3,605.29 |
| Athenian Diner II | 10/1/2016 | $ 3,500.00 | $ 105.29 | $ 3,605.29 |
| Athenian Diner II | 11/1/2016 | $ 3,500.00 | $ 105.29 | $ 3,605.29 |
| Athenian Diner II | 12/1/2016 | $ 3,500.00 | $ 105.29 | $ 3,605.29 |
| Athenian Diner II | 1/1/2017 | $ 3,500.00 | $ 105.29 | $ 3,605.29 |
| Athenian Diner II | 2/1/2017 | $ 3,500.00 | $ 105.29 | $ 3,605.29 |
| Athenian Diner II | 3/1/2017 | $ 3,500.00 | $ 105.29 | $ 3,605.29 |
| Athenian Diner II | 4/1/2017 | $ 3,500.00 | $ 105.29 | $ 3,605.29 |
| Athenian Diner II | 5/1/2017 | $ 3,500.00 | $ 105.29 | $ 3,605.29 |
| Athenian Diner II | 6/1/2017 | $ 3,500.00 | $ 105.29 | $ 3,605.29 |
| Athenian Diner II | 7/1/2017 | $ 3,500.00 | $ 105.29 | $ 3,605.29 |
| Athenian Diner II | 8/1/2017 | $ 3,500.00 | $ 105.29 | $ 3,605.29 |
| Athenian Diner II | 9/1/2017 | $ 3,500.00 | $ 105.29 | $ 3,605.29 |
| Athenian Diner II | 10/1/2017 | $ 3,500.00 | $ 105.29 | $ 3,605.29 |
| Athenian Diner II | 11/1/2017 | $ 3,500.00 | $ 105.29 | $ 3,605.29 |
| Athenian Diner II | 12/1/2017 | $ 3,500.00 | $ 105.29 | $ 3,605.29 |
| Athenian Diner II | 1/1/2018 | $ 3,500.00 | $ 105.29 | $ 3,605.29 |
| Athenian Diner II | 2/1/2018 | $ 3,500.00 | $ 105.29 | $ 3,605.29 |
| Athenian Diner II | 3/1/2018 | $ 3,500.00 | $ 105.29 | $ 3,605.29 |
| Athenian Diner II | 4/1/2018 | $ 3,500.00 | $ 105.29 | $ 3,605.29 |
| Athenian Diner II | 5/1/2018 | $ 265.61 | $ 6.72 | $ 272.33 |
| | TOTAL | $ 198,265.61 | $ 5,329.35 | |
| | | | | |
| Athenian Diner I, II, and IV | CMP | $ 39,380.00 | | |
| | 6/1/2018 | $ 3,234.39 | $ 215.57 | $ 3,449.96 |
| | 7/1/2018 | $ 3,500.00 | $ - | $ 3,500.00 |

| | | | | | |
|---|---|---|---|---|---|
| 8/1/2018 | $ | 3,500.00 | $ | - | $ | 3,500.00 |
| 9/1/2018 | $ | 3,500.00 | $ | - | $ | 3,500.00 |
| 10/1/2018 | $ | 3,500.00 | $ | - | $ | 3,500.00 |
| 11/1/2018 | $ | 3,500.00 | $ | - | $ | 3,500.00 |
| 12/1/2018 | $ | 3,500.00 | $ | - | $ | 3,500.00 |
| 1/1/2019 | $ | 3,500.00 | $ | - | $ | 3,500.00 |
| 2/1/2019 | $ | 3,500.00 | $ | - | $ | 3,500.00 |
| 3/1/2019 | $ | 3,500.00 | $ | - | $ | 3,500.00 |
| 4/1/2019 | $ | 3,500.00 | $ | - | $ | 3,500.00 |
| 5/1/2019 | $ | 1,145.61 | $ | - | $ | 1,145.61 |
| | | | | | |
| TOTAL | $ | 39,380.00 | $ | 215.57 | $ | 39,595.57 |